UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY LEE HACKER,

    Defendant.

Case: 4:21-cr-20562
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 09-01-2021
INDI USA v. SEALED MATTER (tt)

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
SEP 01 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

### COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm

On or about February 11, 2019, in the Eastern District of Michigan, TIMOTHY LEE HACKER, knowing that he had been convicted of a crime or crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is: a J.P. Sheur & Sohn, Shuhl, Model 38H, 7.65 millimeter/.32 ACP caliber, semi-automatic pistol, in violation of 18 U.S.C. § 922(g)(l).

## FORFEITURE ALLEGATION
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Indictment, TIMOTHY LEE HACKER, shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to a J.P. Sheur & Sohn, Shuhl, Model 38H, 7.65 millimeter/.32 ACP caliber, semi-automatic pistol, bearing serial number 378059, five rounds of .32 caliber ammunition, and two 20-gauge shotgun shells.

THIS IS A TRUE BILL.

s/FOREPERSON
FOREPERSON

Dated: September 1, 2021

SAIMA S. MOHSIN
Acting United States Attorney

s/NANCY A. ABRAHAM
NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI 48502
(810) 766-5177

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AU~ ~

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co**\ | Case: 4:21-cr-20562<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 09-01-2021<br>INDI USA v. SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    X No | **AUSA's Initials:** NAA |

**Case Title:** USA v.   TIMOTHY LEE HACKER

**County where offense occurred:**  Genesee County

**Check One:**   X **Felony**     ☐ **Misdemeanor**     ☐ **Petty**

```
  X   Indictment/_____ Information ---  no prior complaint.
_____Indictment/_____ Information --- based upon prior complaint [Case number:]
_____Indictment/_____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   September 1, 2021

s/NANCY A. ABRAHAM
Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
Phone:   810-766-5034
E-Mail address: nancy.abraham@usdoj.gov
Attorney Bar #:   P-42060

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.